IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| Thomas E. Meredith | ) | CASE NO. 05-23012 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 9th day of June, 2005. Brenda Porter Helms was appointed Trustee on the June 30, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of September 26, 2007 is as follows:

   a.    RECEIPTS (See Exhibit C)                                      $ 604,594.41

| | | |
|---|---|---:|
| b. | DISBURSEMENTS (See Exhibit C) | $ 520,999.80 |
| c. | NET CASH available for distribution | $ 83,594.61 |
| d. | ADMINISTRATIVE EXPENSES: | |
| | 1. Trustee compensation requested (See Exhibit E) | $20,000.00 |
| | 2. Trustee Expenses (See Exhibit E) | $75.32 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $1,862.31 |

*Trustee compensation voluntarily reduced from $33,104.71.

5. The Bar Date for filing unsecured claims expired on November 3, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $21,937.63 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $61,656.98 |
| e. | Allowed unsecured claims | $213,397.86 |
| f. | Other | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and reimbursement of expenses previously awarded to Trustee's counsel, accountant or other professional was $11,902.21. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $1,862.31. The total of Chapter 7 professional fees and expenses requested for final allowance is $13,764.52 (See Exhibit G).

9. A fee of $2,500.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: __10/26/07_____

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors. The Trustee had numerous discussions with her realtor regarding the value of the debtor's residence before employing said realtor, Carole Kelby at REMAX Affiliates, to list and market the property. It was also necessary to coordinate the listing and marketing efforts with the debtor's ex-spouse. Upon receipt of an offer, the Trustee, in consultation with the debtor's ex-spouse, negotiated the offer. The Trustee obtained several estimates on the Drivit repair prior to closing and that was an important issue in the negotiations regarding the sale of the property. The Trustee hired Huck Bouma law firm to represent her at the closing. The Trustee had frequent discussions with Huck Bouma attorneys regarding problems and issues with the closing. The Trustee obtained the Trustee's Deed from Cosmopolitan Bank. After the closing, the Trustee reviewed the claims on file and consulted with her attorneys regarding claims objections. The Trustee, in conjunction with her attorneys, reviewed tax return and financial information regarding the debtor's ex-spouse and her business before deciding to abandon the business as an asset of the estate.

The Trustee has maintained all the funds in a segregated, interest bearing account and has reconciled and monitored said account on a monthly basis. The Trustee has also included this case in her annual trustee reports and responded to numerous inquiries from creditors, the debtor and others regarding the case. Time sheets reflecting the Trustee's actual time, broken down into tenths of an hour, are attached to the Trustee's application for compensation.

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition            Amount Abandoned

    See attached Individual Estate Property Record

| | |
|---|---|
| Property abandoned or to be abandoned: | |
| Remaining value in household goods in amount of | $800.00 |
| Golf clubs – old, used, no resale value | $250.00 |
| TJM Enterprises – filed chapter 7 bankruptcy | $1,000.00 |
| Elite Edge Hair Salon – no resale value | $1,000.00 |
| Possible equity interest in home of ex-wife | $9,000.00 |
| TOTAL AMOUNT ABANDONED: | $12,050.00 |

Unscheduled Property

    Post petition interest of $2,094.41

| | |
|---|---|
| TOTAL RECEIPTS | $604,594.41 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $12,050.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $609,850.00 |

EXHIBIT B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 05-23012 | SQU | Judge: JOHN SQUIRES |
|---|---|---|---|
| Case Name: | Meredith, Thomas | | |

For Period Ending: 09/26/07

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 06/09/05 (f) |
| 341(a) Meeting Date: | 07/18/05 |
| Claims Bar Date: | 11/03/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 590,000.00 | 88,829.23 | | 602,500.00 | FA |
| 2. Checking account at Harris Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous art | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 6. Golf clubs | 250.00 | 0.00 | | 0.00 | FA |
| 7. A-1 Profit Sharing | 14,000.00 | 0.00 | | 0.00 | FA |
| 8. TJM Enterprises | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 50% ownership in Elite Edge Hair Salon | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Equity interest in home in Bartlett | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,094.41 | Unknown |

TOTALS (Excluding Unknown Values)   $619,850.00   $88,829.23        $604,594.41

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07    Current Projected Date of Final Report (TFR): 12/30/07

/s/  BRENDA PORTER HELMS, TRUSTEE
_____ Date: 01/09/08
BRENDA PORTER HELMS, TRUSTEE

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-23012 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Meredith, Thomas | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1749 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7968 | | | |
| For Period Ending: | 09/26/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/05 | 1 | Chicago Title & Trust<br>1849 W. Army Trail Road<br>Addison IL 601201 | sale proceeds | | 96,329.23 | | 96,329.23 |
| | | PATEL, MINISH | Memo Amount:  (    5,000.00 )<br>Earnest Money | 8500-000 | | | |
| | | COX, DEBRA | Memo Amount:  (    4,668.19 )<br>Cox judment pay off | 4120-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount:  (    9,349.68 )<br>County taxes | 4700-000 | | | |
| | | OXFORD BANK | Memo Amount:  (  155,449.46 )<br>Payoff second mortgage | 4110-000 | | | |
| | | BANK OF AMERICA | Memo Amount:  (  151,606.86 )<br>Payoff first mortgage | 4110-000 | | | |
| | | PATEL, MINISH | Memo Amount:  (      325.00 )<br>Reimburse to seller for rate lock | 2500-000 | | | |
| | | REMAX/AFFILIATES | Memo Amount:  (   30,750.00 )<br>Realtor's commission | 3510-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (    1,535.00 )<br>Title insurance | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (       30.00 )<br>Delivery fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (       65.00 )<br>Committment update fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (       35.00 )<br>Tax payment fee | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (      120.00 )<br>Release recording fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (      301.25 )<br>County transfer stamps | 2820-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount:  (    5,218.60 )<br>Pre-petition real estate taxes | 4700-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (        5.00 )<br>Duplicate tax bill | 2500-000 | | | |
| | | MEREDITH, THOMAS | Memo Amount:  (      900.00 )<br>Reimburse for Drivit Inspection | 2500-000 | | | |
| | | GARDI, HITEN | Memo Amount:  (   26,900.00 )<br>Credit to buyer for Drivit repair | 2500-000 | | | |
| | | CARRADUS, A.D. | Memo Amount:  (      455.00 )<br>survey | 2500-000 | | | |
| | | SCHILLER DUCANTO & FLECK | Memo Amount:  (   55,000.00 )<br>Co owner's attorneys fees | 8500-000 | | | |
| | | MEREDITH, MICHELLE | Memo Amount:  (   50,354.23 )<br>Co-owner's interest | 8500-000 | | | |
| | | MEREDITH, THOMAS | Memo Amount:  (    7,500.00 )<br>Homestead exemption | 8100-002 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:  (      602.50 )<br>State transfer stamps | 2820-000 | | | |
| | | PATEL, MINISH | Memo Amount:        602,500.00<br>Salws price | 1110-000 | | | |

PFORM24

Ver: 12.60a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-23012 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Meredith, Thomas | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1749 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7968 | | | |
| For Period Ending: | 09/26/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/05 | 000101 | Cosmopolitan Bank | TRUSTEE FEE | 2500-000 | | 75.00 | 96,254.23 |
| 12/02/05 | 000102 | FED EX | DELIVERY OF CLOSING DOCS | 2990-000 | | 20.02 | 96,234.21 |
| 12/30/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 48.95 | | 96,283.16 |
| 01/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 49.07 | | 96,332.23 |
| 02/11/06 | 000103 | Chicago Title Insurance Company | 2004 real estate taxes | 4700-000 | | 210.55 | 96,121.68 |
| 02/28/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 68.58 | | 96,190.26 |
| 03/15/06 | 000104 | International Sureties, Ltd. 203 Cardondelet St. New Orleans LA 70130 | bond premium | 2300-000 | | 69.48 | 96,120.78 |
| 03/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 81.68 | | 96,202.46 |
| 04/28/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 79.07 | | 96,281.53 |
| 05/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 81.77 | | 96,363.30 |
| 06/28/06 | | Transfer to Acct #*******1956 | Bank Funds Transfer | 9999-000 | | 70,000.00 | 26,363.30 |
| 06/29/06 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 72.00 | | 26,435.30 |
| 06/29/06 | | Transfer to Acct #*******1956 | Final Posting Transfer | 9999-000 | | 26,435.30 | 0.00 |

PFORM24

Ver: 12.60a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-23012 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | Meredith, Thomas | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1956 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7968 | | | |
| For Period Ending: | 09/26/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/06 | | Transfer from Acct #*******1749 | Bank Funds Transfer | 9999-000 | 70,000.00 | | 70,000.00 |
| 06/29/06 | | Transfer from Acct #*******1749 | Transfer In From MMA Account | 9999-000 | 26,435.30 | | 96,435.30 |
| 06/30/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 8.79 | | 96,444.09 |
| 07/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 106.48 | | 96,550.57 |
| 08/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 106.60 | | 96,657.17 |
| 09/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 105.39 | | 96,762.56 |
| 10/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 123.28 | | 96,885.84 |
| 11/30/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 119.45 | | 97,005.29 |
| 12/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 123.58 | | 97,128.87 |
| 01/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 123.74 | | 97,252.61 |
| 02/12/07 | 000101 | Illinois Department of Revenue P.O. Box 19009 Springfield IL 62794 | 2005 taxes due | 2820-000 | | 2,113.00 | 95,139.61 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 102.36 | 95,037.25 |
| 02/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 111.65 | | 95,148.90 |
| 03/19/07 | 000103 | Illinois Department of Revenue | tax due | 2820-000 | | 336.41 | 94,812.49 |
| 03/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 121.16 | | 94,933.65 |
| 04/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 117.05 | | 95,050.70 |
| 05/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 121.09 | | 95,171.79 |
| 06/15/07 | 000104 | Huck Bouma PC | ATTORNEYS FEES | 3210-000 | | 11,787.50 | 83,384.29 |
| 06/15/07 | 000105 | Huck Bouma PC | attorney expeses | 3220-000 | | 114.71 | 83,269.58 |
| 06/29/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 112.44 | | 83,382.02 |
| 07/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 106.23 | | 83,488.25 |
| 08/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 106.36 | | 83,594.61 |

Total Of All Accounts   83,594.61

PFORM24

Ver: 12.60a

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                          CHAPTER 7

Thomas Meredith                                 CASE NO. 05-23012

              Debtor(s).            HON. JOHN SQUIRES

## PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $21,937.63 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $61,656.98 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $83,594.61 |

**EXHIBIT D**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $21,937.63 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $20,000.00 | $20,000.00* |
| | Brenda Porter Helms, Trustee Trustee Expenses | $75.32 | $75.32 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $1,848.00 | $1,848.00 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $14.31 | $14.31 |

* Trustee compensation has been voluntarily reduced from $33,104.71

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 86,100.00 | 71.61 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Michelle Meredith Alimony & Child Support-- 507 | $20,000.00 | $14,322.18 |
| 12 | Michelle Meredith Alimony & Child Support-- 507 | $62,500.00 | $44,756.81 |
| 10 | Michelle Meredith Alimony & Child Support-- 507 | $3,600.00 | $2,577.99 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 213,397.86 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 9 | Citibank/Choice  Payments to Unsecured Credit Card Holders | $14,233.86 | $0.00 |
| 1 | Discover Bank/Discover Financial Services  Payments to Unsecured Credit Card Holders | $11,067.73 | $0.00 |
| 3 | Harris Bank N.A.  General Unsecured 726 | $19,911.40 | $0.00 |
| 4 | Harris Bank N.A.  General Unsecured 726 | $8,467.66 | $0.00 |
| 5 | Harris Bank N.A.  General Unsecured 726 | $18,654.73 | $0.00 |
| 6 | Harris Bank N.A.  General Unsecured 726 | $9,269.93 | $0.00 |
| 7 | Harris Bank N.A.  General Unsecured 726 | $8,998.35 | $0.00 |
| 8 | Harris Bank N.A.  General Unsecured 726 | $12,794.20 | $0.00 |
| 2 | TJM Enterprises Inc.  General Unsecured 726 | $110,000.00 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 13 | Michelle Meredith, c/o Anderson & Associates, 1701 E. Woodfield Rd. #105, Schaumburg IL 60173 | $22,500. | Disallowed per court order dated 1/5/07 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____   _____