IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 23012 |
| THOMAS MEREDITH | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT:  COURTROOM 2000
         DUPAGE COUNTY COURTHOUSE
         505 NORTH COUNTY FARM ROAD
         WHEATON IL 60187

    ON:  **February 15, 2008**           AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                          $604,594.41

    DISBURSEMENTS                                     $520,999.80

    NET CASH AVAILABLE FOR DISTRIBUTION   $83,594.61

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $20,000.00 | $75.32 |
| Alan D. Lasko & Associates, P.C. | $0.00 | $1,848.00 | $14.31 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Michelle Meredith, ex-spouse of the debtor, filed claims totaling $86,100 and will receive a distribution of 71% of the allowed amounts.

7. General unsecured creditors filed claims totaling $213,397.86 and will receive no distribution of their claims:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Citibank/Choice | $14,233.86 | $0 |
| Discover Bank | $11,067.73 | $0 |
| Harris Bank | $19,911.40 | $0 |
| Harris Bank | $8,467.66 | $0 |
| Harris Bank | $18,654.73 | $0 |
| Harris Bank | $9,269.93 | $0 |
| Harris Bank | $8,998.35 | $0 |
| Harris Bank | $12,794.20 | $0 |
| TJM Enterprises | $110,000.00 | $0 |

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

9. The debtor received a discharge.

For the Court:

Dated: **January 11, 2008**          **KENNETH S. GARDNER**
                                      Kenneth S. Gardner, Clerk

United States Bankruptcy Court

Trustee: Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Jan 11, 2008
Case: 05-23012                 Form ID: pdf002          Total Served: 19

The following entities were served by first class mail on Jan 13, 2008.
db            Thomas J Meredith,    4 North 661 Eaton Way,   West Chicago, IL   60185
aty          +Elizabeth A. Bates,   Huck Bouma PC,    1755 S. Naperville Road,   Wheaton, IL 60187-8144
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
9438292      +Bank of America,    P.O. 5270,    Carol Stream, IL 60197-5270
9438294      +Citi,   Box 6000,    The Lakes, NV 89163-0001
9438295      +CitiBank,    P.O. 6500,   Sioux Falls, SD 57117-6500
10436968     +Citibank/Choice,    Exception Payment Processing,    P O Box 6305,    The Lakes, NV 88901-6305
9438297      +Harris Bank,   P.O. 15026,    Wilmington, DE 19850-5026
9438298      +Harris Bank,   Roselle, IL 60172
9824038      +Harris Bank N.A.,    c/o Jerold J. Shapiro,    Kamm & Shapiro, Ltd.,    318 W. Adams,   Suite 1700,
               Chicago IL 60606-5100
9466609      +Michele Meredith,    1555 Old Barn Court,    Bartlett, IL 60103-2083
9438299      +Michelle Meredith,    c/o Anderson & Associates, PC,    1701 E Woodfield Road Suite 1050,
               Schaumburg, IL 60173-5141
9438300       Oxford Bank,   Addison, IL 60101
9438301       Robert Cox,   Wheaton, IL 60187
9438302       TJM Enterprises,    4 North 661 eaton Way,    West Chicago, IL 60185
9752027      +TJM Enterprises, Inc.,    c/o Richard Fogel, Trustee,    321 N. Clark Street,    Suite 800,
               Chicago, IL 60610-4766
9438303      +United Mileage Plus,    P.O. 15153,    Wilmington, DE 19886-5153
The following entities were served by electronic transmission on Jan 12, 2008.
9717946       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2008 03:04:51
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9438296       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2008 03:04:51     Discover,   P.O. 30395,
               Salt Lake City, UT 84130
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11706395      Harris Bank
9438293*     +Bank of America,    P.O. 5270,    Carol Stream, IL 60197-5270
                                                                                             TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2008**          **Signature:** *Joseph Speetjens*