IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS MEREDITH | )   NO. 05-23012 |
| | )   HON. JOHN H. SQUIRES. |
| | )   BANKRUPTCY JUDGE |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
United States Bankruptcy Judge

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated: May 9, 2008                                   /s/ Brenda Porter Helms
                                                     _____
                                                     Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                             CHAPTER 7

Thomas Meredith                                    CASE NO. 05-23012

            Debtor(s).                             HON. JOHN SQUIRES

### FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $21,937.63 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $62,092.95 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $84,030.58 |

*Group Exhibit A*

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $21,937.63 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee<br>Trustee Compensation | $20,000.00 | $20,000.00 * |
| | Brenda Porter Helms, Trustee<br>Trustee Expenses | $75.32 | $75.32 |
| | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Fees | $1,848.00 | $1,848.00 |
| | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Expenses | $14.31 | $14.31 |

* Trustee compensation has been voluntarily reduced from $33,104.71

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 86,100.00 | 72.12 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Michelle Meredith Alimony & Child Support-- 507 | $20,000.00 | $14,423.45 |
| 12 | Michelle Meredith Alimony & Child Support-- 507 | $62,500.00 | $45,073.28 |
| 10 | Michelle Meredith Alimony & Child Support-- 507 | $3,600.00 | $2,596.22 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 213,397.86 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 9 | Citibank/Choice<br>Payments to Unsecured Credit Card Holders | $14,233.86 | $0.00 |
| 1 | Discover Bank/Discover Financial Services<br>Payments to Unsecured Credit Card Holders | $11,067.73 | $0.00 |
| 3 | Harris Bank N.A.<br>General Unsecured 726 | $19,911.40 | $0.00 |
| 4 | Harris Bank N.A.<br>General Unsecured 726 | $8,467.66 | $0.00 |
| 5 | Harris Bank N.A.<br>General Unsecured 726 | $18,654.73 | $0.00 |
| 6 | Harris Bank N.A.<br>General Unsecured 726 | $9,269.93 | $0.00 |
| 7 | Harris Bank N.A.<br>General Unsecured 726 | $8,998.35 | $0.00 |
| 8 | Harris Bank N.A.<br>General Unsecured 726 | $12,794.20 | $0.00 |
| 2 | TJM Enterprises Inc.<br>General Unsecured 726 | $110,000.00 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 13 | Michelle Meredith, c/o Anderson & Associates, 1701 E. Woodfield Rd. #105, Schaumburg IL 60173 | $22,500 | Disallowed per court order dated 1/5/07 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _2/20/08_____          _/s/ Brenda Porter Helms

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-23012 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | Meredith, Thomas | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1749 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7968 | | |
| For Period Ending: | 05/09/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/05 | 1 | Chicago Title & Trust<br>1849 W. Army Trail Road<br>Addison IL 601201 | sale proceeds | | 96,329.23 | | 96,329.23 |
| | | PATEL, MINISH | Memo Amount: ( 5,000.00 )<br>Earnest Money | 8500-000 | | | |
| | | COX, DEBRA | Memo Amount: ( 4,668.19 )<br>Cox judment pay off | 4120-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: ( 9,349.68 )<br>County taxes | 4700-000 | | | |
| | | OXFORD BANK | Memo Amount: ( 155,449.46 )<br>Payoff second mortgage | 4110-000 | | | |
| | | BANK OF AMERICA | Memo Amount: ( 151,606.86 )<br>Payoff first mortgage | 4110-000 | | | |
| | | PATEL, MINISH | Memo Amount: ( 325.00 )<br>Reimburse to seller for rate lock | 2500-000 | | | |
| | | REMAX/AFFILIATES | Memo Amount: ( 30,750.00 )<br>Realtor's commission | 3510-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 1,535.00 )<br>Title insurance | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 30.00 )<br>Delivery fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 65.00 )<br>Committment update fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 35.00 )<br>Tax payment fee | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 120.00 )<br>Release recording fees | 2500-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 301.25 )<br>County transfer stamps | 2820-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: ( 5,218.60 )<br>Pre-petition real estate taxes | 4700-000 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 5.00 )<br>Duplicate tax bill | 2500-000 | | | |
| | | MEREDITH, THOMAS | Memo Amount: ( 900.00 )<br>Reimburse for Drivit Inspection | 2500-000 | | | |
| | | GARDI, HITEN | Memo Amount: ( 26,900.00 )<br>Credit to buyer for Drivit repair | 2500-000 | | | |
| | | CARRADUS, A.D | Memo Amount: ( 455.00 )<br>survey | 2500-000 | | | |
| | | SCHILLER DUCANTO & FLECK | Memo Amount: ( 55,000.00 )<br>Co owner's attorneys fees | 8500-000 | | | |
| | | MEREDITH, MICHELLE | Memo Amount: ( 50,354.23 )<br>Co-owner's interest | 8500-000 | | | |
| | | MEREDITH, THOMAS | Memo Amount: ( 7,500.00 )<br>Homestead exemption | 8100-002 | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( 602.50 )<br>State transfer stamps | 2820-000 | | | |
| | | PATEL, MINISH | Memo Amount: 602,500.00<br>Salws price | 1110-000 | | | |



Exhibit B

Page: 1

PFORM24                                                                                                          Ver 12.63

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No.: | 05-23012 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Meredith, Thomas | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1749 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7968 | | | |
| For Period Ending: | 05/09/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/05 | 000101 | Cosmopolitan Bank | land trust fees | 2500-000 | | 75.00 | 96,254.23 |
| 12/02/05 | 000102 | FED EX | DELIVERY OF CLOSING DOCS | 2990-000 | | 20.02 | 96,234.21 |
| 12/30/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 48.95 | | 96,283.16 |
| 01/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 49.07 | | 96,332.23 |
| 02/11/06 | 000103 | Chicago Title Insurance Company | 2004 real estate taxes | 4700-000 | | 210.55 | 96,121.68 |
| 02/28/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 68.58 | | 96,190.26 |
| 03/15/06 | 000104 | International Sureties, Ltd. 203 Cardondelet St. New Orleans LA 70130 | bond premium | 2300-000 | | 69.48 | 96,120.78 |
| 03/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 81.68 | | 96,202.46 |
| 04/28/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 79.07 | | 96,281.53 |
| 05/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 81.77 | | 96,363.30 |
| 06/28/06 | | Transfer to Acct #*******1956 | Bank Funds Transfer | 9999-000 | | 70,000.00 | 26,363.30 |
| 06/29/06 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 72.00 | | 26,435.30 |
| 06/29/06 | | Transfer to Acct #*******1956 | Final Posting Transfer | 9999-000 | | 26,435.30 | 0.00 |

PFORM24

Ver. 12.63

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-23012 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Meredith, Thomas | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1956 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7968 | | | |
| For Period Ending: | 05/09/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/06 | | Transfer from Acct #*******1749 | Bank Funds Transfer | 9999-000 | 70,000.00 | | 70,000.00 |
| 06/29/06 | | Transfer from Acct #*******1749 | Transfer In From MMA Account | 9999-000 | 26,435.30 | | 96,435.30 |
| 06/30/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 8.79 | | 96,444.09 |
| 07/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 106.48 | | 96,550.57 |
| 08/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 106.60 | | 96,657.17 |
| 09/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 105.39 | | 96,762.56 |
| 10/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 123.28 | | 96,885.84 |
| 11/30/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 119.45 | | 97,005.29 |
| 12/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 123.58 | | 97,128.87 |
| 01/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 123.74 | | 97,252.61 |
| 02/12/07 | 000101 | Illinois Department of Revenue P.O. Box 19009 Springfield IL 62794 | 2005 taxes due | 2820-000 | | 2,113.00 | 95,139.61 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 102.36 | 95,037.25 |
| 02/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 111.65 | | 95,148.90 |
| 03/19/07 | 000103 | Illinois Department of Revenue | tax due | 2820-000 | | 336.41 | 94,812.49 |
| 03/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 121.16 | | 94,933.65 |
| 04/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 117.05 | | 95,050.70 |
| 05/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 121.09 | | 95,171.79 |
| 06/15/07 | 000104 | Huck Bouma PC | ATTORNEYS FEES | 3210-000 | | 11,787.50 | 83,384.29 |
| 06/15/07 | 000105 | Huck Bouma PC | attorney expeses | 3220-000 | | 114.71 | 83,269.58 |
| 06/29/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 112.44 | | 83,382.02 |
| 07/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 106.23 | | 83,488.25 |
| 08/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 106.36 | | 83,594.61 |
| 09/28/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 103.06 | | 83,697.67 |
| 10/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 91.49 | | 83,789.16 |
| 11/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 82.64 | | 83,871.80 |
| 12/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 85.48 | | 83,957.28 |
| 01/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 65.27 | | 84,022.55 |
| 02/10/08 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 8.03 | | 84,030.58 |
| 02/10/08 | | Transfer to Acct #*******7404 | Final Posting Transfer | 9999-000 | | 84,030.58 | 0.00 |

PFORM24

Ver 12.63

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 05-23012 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Meredith, Thomas | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7404 Checking - Non Interest |
| Taxpayer ID No | *******7968 | | | |
| For Period Ending: | 05/09/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/10/08 | | Transfer from Acct #*******1956 | Transfer In From MMA Account | 9999-000 | 84,030.58 | | 84,030.58 |
| 02/20/08 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 20,000.00 | 64,030.58 |
| 02/20/08 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 75.32 | 63,955.26 |
| 02/20/08 | 001003 | Alan D. Lasko & Associates PC | | 3410-000 | | 1,848.00 | 62,107.26 |
| 02/20/08 | 001004 | Alan D. Lasko & Associates PC | accountant expenses | 3420-000 | | 14.31 | 62,092.95 |
| 02/20/08 | 001005 | Michelle Meredith | child support | 5700-000 | | 62,092.95 | 0.00 |

Total Of All Accounts  0.00

Ver 12.63

PFORM24